✎AO91 (Rev. 12/03)  Criminal Complaint

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.
AUKUSATINO FOSI
7891 SANATU STREET
BARROW, AK

**AMENDED CRIMINAL COMPLAINT**

Case  3:06-mj-00029-JDR

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  February 5, 2006  in  Anchorage  County, in
(Date)
the  Municipality of Anchorage  District of  Alaska  defendant(s) did,

*(Track Statutory Language of Offense)*

(a) In General. - Whoever-
   (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties, shall be fined under title or imprisoned not more than ten years, or both.

in violation of Title  18  United States Code, Section(s)  111  .
I further state that I am a(n)  Law Enforcement Officer  and that this complaint is based on the
Official Title
following facts:

On 02-05-2006, the defendant assaulted Derrick S. Hayes, a contract security guard, under contract with the Department of Homeland Security, Federal Protective Service, by tackling Hayes to the ground, choking Hayes, attempting to strike Hayes in the face and then attempting to unlawfully use Hayes' duty weapon in furtherance of the crime. The defendant assaulted an unknown male and then assaulted Hayes as Hayes was attempting to restore order. Hayes was conducting his duties as a contract security guard in accordance with applicable Federal Protective Service Policy and Regulations.

Continued on the attached sheet and made a part of this     ☐ Yes   ☐ No

/s/ Tracy L. Miller
Signature of Complainant

TRACY L. MILLER
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 8, 2006                                                   at      Anchorage, Alaska
Date                                                                              City and State

JOHN D. ROBERTS, U.S. Magistrate Judge                 /s/ John D. Roberts  (SEAL AFFIXED)
Name and Title of Judge                                              Signature of Judge