MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   AUKUSATINO FOSI           CASE NO. 3:06-cr-00013-JDR
Defendant: X Present X On Bond

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

UNITED STATES' ATTORNEY:       LARRY CARD

DEFENDANT'S ATTORNEY:          KEVIN MCCOY

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
             HELD 2/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

X Copy of Information given to defendant; waived reading.

X Defendant advised of general rights. X Waived full advisement.

X PLEA: Not guilty to count 1 of the Information.

X OTHER: Matter referred to U.S. District Judge (to be assigned). Conditions of release remain as previously set.  Trial date to be given by the U.S. District Judge.

At 9:35 a.m. court adjourned.

DATE: February 13, 2006       DEPUTY CLERK'S INITIALS:   rc