Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>AUKUSATINO FOSI,<br><br>             Defendant. | Case No. 3:06-cr-0013-RRB<br><br>**MOTION TO DISMISS INFORMATION OR, IN THE ALTERNATIVE, REQUEST FOR ELECTION TO CURE DUPLICITY** |

   Aukusatino Fosi asks this court for an order dismissing the indictment or, in the alternative requests the government make an election to cure the duplicitous nature of the information.  This request is appropriate because the information joins two or more distinct crimes in a single count.  The duplicity may be cured by directing the government to elect which crime alleged in the information it chooses to proceed to trial on.

   This motion is submitted pursuant to Fed. R. Crim. P. 12(b), and is based upon the attached memorandum of law.

DATED at Anchorage, Alaska this 24th day of February, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on February 24, 2006,
a copy of this document, with attachments,
was served electronically on:

Larry D. Card, Esq.

s/Kevin F. McCoy