UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         USA   v.   FOSI

DATE:   March 1, 2006    CASE NO.   3:06-CR-0013-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING FINAL PRETRIAL CONFERENCE**

---

        The final pretrial conference scheduled in this matter for April 10, 2006, is **rescheduled** and will now be held on **Tuesday, April 11, 2006, at 8:45 a.m.,** in Courtroom 2.

M.O. RESCHEDULING FINAL PRETRIAL CONFERENCE