DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00013(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO ALLOW** |
| vs. | ) | **SUPERCEDING** |
| | ) | **INFORMATION TO ALLEGE** |
| AUKUSATINO FOSI, | ) | **CONJUNCTIVE PLEADING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby moves the court for an order allowing the filing of a superceding information which will be amending the only charge to allege the acts to have been committed in the conjunctive, rather than the disjunctive by inserting *and* in the place of *or, thus putting the defendant on notice that he is to defend the alternative modes of having committed the offense.*

The District Court will instruct the jury that they must find, unanimously and beyond a reasonable doubt that the defendant committed the offense by at least one of the methods alleged in the government's pleading.  The defendant will be protected from any double jeopardy concerns, and he will be on notice that all of the means of committing the alleged offense are to be defended against during his trial.

The government has also submitted a separate memorandum in opposition to the defendant's motion which states the law for the court's consideration.   As stated in the government's opposition, the defendant's motion should be deemed moot by the government's action to cure any issue of duplicity.

RESPECTFULLY SUBMITTED on this <u>3rd</u> day of March, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Larry D. Card
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2006
a copy of the foregoing
was served via electronic notice to:

Kevin McCoy
Asst. Federal Public Defender


s/ Larry D. Card