IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00013-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER**  (proposed) |
| | ) | |
| vs. | ) | |
| | ) | |
| AUKUSATINO FOSI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion to Allow Superseding

Indictment for the above captioned case, IT IS HEREBY ORDERED that the

Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this _____ day of March, 2006,  at Anchorage, Alaska.


_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE