DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   3:06-cr-00013-RRB |
| | ) | |
| Plaintiff, | ) | <u>COUNT 1</u>: |
| | ) | ASSAULT |
| | ) |    Vio. 18 U.S.C. § 111(a) |
| vs. | ) | {Misdemeanor Assault) |
| | ) | |
| | ) | |
| | ) | |
| AUKUSATINO FOSI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

S U P E R C E D I N G   I N F O R M A T I O N

The United States Attorney Charges that:

<u>COUNT 1</u>

On or about the 5th day of February, 2006, in Anchorage, Alaska, which is within the District of Alaska, the defendant, AUKUSATINO FOSI, did intentionally, forcibly assault, resist, opposed impede, intimidate, and interfere with Derrick S. Hayes, a contract security guard with the Department of Homeland Security, Federal Protective Service, by tackling Hayes to the ground, choking Hayes, attempting to strike Hayes in the face, and then attempting to unlawfully use Hayes's duty weapon all in violation of 18 U.S.C. § 111(a).

RESPECTFULLY SUBMITTED on March 2, 2006

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068