DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00013(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO ALLOW SECOND** |
| vs. | ) | **SUPERCEDING** |
| | ) | **INFORMATION** |
| AUKUSATINO FOSI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card,  Assistant U.S. Attorney, and hereby moves the court for an order

allowing the filing of a second  superceding information in consideration of the

Magistrate Judge's recommendations of March 10, 2006.  The Second Superceding

Information will be amending the only charge to allege the act(s) to have been

committed.  The District Court will then instruct the jury that they must find,

unanimously and beyond a reasonable doubt that the defendant committed the

offense by the method alleged in the government's pleading.  The defendant will be

protected from any double jeopardy concerns, and he will be on notice that the

means alleged of committing the alleged offense is to be defended against during

his trial.

The defendant's motion should be deemed to be  moot by the government's

action to cure any issue of duplicity.

RESPECTFULLY SUBMITTED on this 14th day of March, 2006, in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on March 14, 2006
a copy of the foregoing was served via electronic notice:

Kevin McCoy

s/ Larry D. Card