IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00013-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER ALLOWING** |
| | ) | **SECOND SUPERCEDING** |
| vs. | ) | **INFORMATION** |
| | ) | |
| AUKUSATINO FOSI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter has come before the court on the Government's Motion to Allow a Second Superseding Information in the above captioned case.  IT IS HEREBY ORDERED that the Government's motion is **GRANTED**.

    IT IS SO ORDERED.

    DATED this ____ day of March, 2006,  at Anchorage, Alaska.


_____
RALPH  R. BEISTLINE
UNITED STATES DISTRICT JUDGE