DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071 Telephone
(907) 271-1500 Facsimile
E-mail: Larry.Card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00013-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | ASSAULT |
| vs. | ) | Violation of 18 U.S.C. § 111(a) |
| AUKUSATINO FOSI, | ) | |
| Defendant. | ) | |

S E C O N D  S U P E R C E D I N G  I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

On or about the 5th day of February, 2006, in Anchorage, Alaska, which is within the District of Alaska, the defendant, AUKUSATINO FOSI, did intentionally assault, Derrick S. Hayes, a contract security guard with the Department of Homeland Security, Federal Protective Service, all in violation of 18 U.S.C. § 111(a).

RESPECTFULLY SUBMITTED on March 14, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068