# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>AUKUSATINO FOSI,<br><br>　　　　　Defendant. | 3-06-cr-00013-RRB-JDR<br><br>**ORDER ALLOWING<br>SECOND<br>SUPERCEDING INFORMATION**<br><br>(Docket No. 26) |

　　　　This matter has come before the court on the Government's Motion to Allow a Second Superseding Information in the above captioned case.  IT IS HEREBY ORDERED That the Government's Motion is GRANTED.  The government shall submit to the clerk for filing the Second Superceding Information.

　　　　DATED this 15th day of March, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　**/s/ John D. Roberts**
　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　United States Magistrate Judge