Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>AUKUSATINO FOSI,<br><br>            Defendant. | NO. 3:06-cr-0013-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL TO AUGUST 14, 2006** |

Aukusatino Fosi asks this court for an order on shortened time to continue trial to August 14, 2006 or to an alternate date that is convenient to the court and counsel.  Trial is presently scheduled for April 17, 2006.  A continuance is appropriate because an essential defense witness resides in Hong Kong, is employed as an international airline pilot, with a schedule that makes it impossible to proceed to trial in accordance with the present schedule.

Counsel have met and conferred and agree that August 14, 2006 is an appropriate trial date under the circumstances.  In addition, counsel have met and conferred and, if necessary, will agree to take this witnesses testimony by telephone or pursuant to a Fed.R.Crim.P. 15 stipulated deposition.

       This motion is submitted pursuant to D.Ak.L.R. 47.1 and is based upon the affidavit of counsel filed herewith.

       DATED at Anchorage, Alaska this 5th day of April 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       550 West 7th Avenue, Suite 1600
       Anchorage, AK 99501
       Phone:   907-646-3400
       Fax:   907-646-3480
       E-Mail:   kevin_mccoy@fd.org

Certification:
I certify that on April 5, 2006,
a copy of *the Unopposed Motion on Shortened Time to Continue Trial to August 14, 2006* was served electronically on:

Larry D. Card
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Kevin F. McCoy