UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AUKUSATINO FOSI,<br><br>　　　　Defendant. | NO. 3:06-cr-0013-RRB<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's unopposed shortened time request to continue trial to August 14, 2006;

　　　　It is hereby ordered that the request is granted. The April 10, 2006 final pretrial conference is hereby vacated. This matter shall be calendared for trial for _____, 2006, at the hour of _____m. The final pretrial conference shall be calendared for _____, 2006, at the hour of _____m. The court finds that time under the speedy trial rule is excluded under 18 U.S.C. § 3161(h)(8)(A) the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

　　　　DONE this \_\_\_\_\_ day of April 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge