Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUKUSATINO FOSI,<br><br>Defendant. | NO. 3:06-cr-0013-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

       Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

       1.     I am the attorney for Aukusatino Fosi.

       2.     Trial is presently scheduled for April 17, 2006.

       3.     The purpose of this motion is to ask that trial be continued to August 14, 2006, or to a date that is otherwise convenient to the court and counsel.

       4.     The government has charged Mr. Fosi by information with assaulting Derrick S. Hayes, a contract security guard with the Department of Homeland Security.

5. Mike Ashbrook witnessed the events that are the subject of the charge in this case.

6. Mr. Ashbrook is an essential witness for the defense.

7. However, Mr. Ashbrook is an international airline pilot based in Hong Kong. He advised me that his flying schedule is established every thirty (30) days and that it may be possible for him to request a run that takes him through Anchorage if there is sufficient advance notice so that he can request that run for that date.

8. On April 5, 2006, I spoke with Assistant U.S. Attorney Larry Card regarding this request. Mr. Card authorized me to represent that he does not oppose this request. In addition, Mr. Card indicated that the government is agreeable to permitting Mr. Ashbrook to testify by telephone and/or by Fed.R.Crim.P. 15 deposition.

9. I will be out-of-district from May 30, 2006, through July 4, 2006, returning to the office on July 5, 2006.

10. Mr. Card and I both agree that we would be available and, and if necessary, ready for trial on August 14, 2006.

11. If it becomes apparent that Mr. Ashbrook cannot reasonably be available by August 14, 2006, the government is willing to agree to testimony by Mr. Ashbrook by telephone or by a Fed.R.Crim.P. 15 deposition.

12. For all these reasons, I am asking that trial be continued to August 14, 2006, or to a date otherwise convenient for the court and the parties.

13. Time under the speedy trial rule is excludable by the motion by 18 U.S.C. § 3161(h)(8)(a) – in particular, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 5th day of April 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008