UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA  v.  AUKUSATINO FOSI

DATE:  April 6, 2006   CASE NO.  3:06-CR-0013-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE**

---

Defendant's Unopposed Motion on Shortened Time to Continue Trial (Docket 33) will be addressed at the final pretrial conference scheduled for **April 11, 2006, at 8:45 a.m.**, in Courtroom 2.

M.O. RE MOTION TO CONTINUE