Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUKUSATINO FOSI,<br><br>Defendant. | NO. 3:06-cr-0013-RRB<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Aukusatino Fosi asks this court for an order modifying his conditions of release allowing him to change residences within the Municipality of Anchorage. Mr. Fosi is released on conditions which include a requirement that he reside with his uncle Toefasi Fasi. *See* Docket No. 7. Mr. Fosi will marry on June 3, 2006, and wishes to reside at 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502. With this motion, Mr. Fosi seeks leave, with preapproval of his pretrial services officer, to change his residence. All other conditions of release remain in full force and effect.

The government does not oppose this request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based on the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 25th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 25, 2006,
a copy of the *Unopposed Motion to Modify Conditions of Release,* the *Affidavit of Counsel*, and the *Proposed Order* were served electronically on:

Larry D. Card
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy