UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0013-RRB |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| AUKUSATINO FOSI, | |
| Defendant. | |

On consideration of the defendant's unopposed motion to modify his conditions of release;

It is hereby ordered that the motion is granted. With prior approval of the assigned pretrial services officer, the defendant shall be permitted to reside at 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502.

All other conditions of release shall remain in full force and effect.

DATED this _____ day of May 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE