Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUKUSATINO FOSI,<br><br>　　　　Defendant. | NO. 3:06-cr-0013-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the attorney for Mr. Fosi.

　　　　2.　　This court released Mr. Fosi on conditions which include a requirement that he reside with his uncle, Toefasi Fosi.  *See* Docket No. 7.

　　　　3.　　Mr. Fosi plans to marry Anastacia Pfaffe on June 3, 2006.

4. They plan to establish a joint residence at 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502.

5. With this motion, Mr. Fosi seeks permission to change his residence, with preapproval of his pretrial service officer, to 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502.

6. All other conditions of release would remain in full force and effect.

7. On May 25, 2006, I spoke with Assistant U.S. Attorney Larry Card. Mr. Card indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 25th day of May 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Aukusatino Fosi*
Case No. 3:06-cr-0013-RRB                                                                 Page 2