UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUKUSATINO FOSI,<br><br>Defendant. | NO. 3:06-cr-00013-RRB-JDR<br><br>**ORDER MODIFYING<br>CONDITIONS OF RELEASE**<br>(Docket No. 38) |

On consideration of the defendant's unopposed motion to modify his conditions of release to be permitted to reside at 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502;

It is hereby ordered that the motion is GRANTED. Defendant shall notify Pretrial Services within 24 hours of his move to his new residence at 7921 Mayfair Drive, No. 1, Anchorage, Alaska 99502.

All other conditions of release shall remain in full force and effect.

DATED this 26th day of May 2006, in Anchorage, Alaska.

        /s/ John D. Roberts
      JOHN D. ROBERTS
      U.S. MAGISTRATE JUDGE