DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071 Telephone
(907) 271-1500 Facsimile
E-mail: Larry.Card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  3:06-cr-00013-RRB |
| | ) | |
| Plaintiff, | ) | MOTION FOR DISMISSAL |
| | ) | OF COUNT 1: |
| | ) | ASSAULT |
| vs. | ) | Violation of 18 U.S.C. § 111(a) |
| | ) | |
| | ) | |
| | ) | |
| AUKUSATINO FOSI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

MOTION FOR DISMISSAL OF COUNT 1

COMES NOW the Plaintiff, the United States of America, and hereby

moves to dismiss the above-captioned misdemeanor (*nolo prosequi*) case pursuant to Federal Criminal Rule 48 (a), without prejudice, since in the interest of justice the case is being prosecuted by the Municipality of Anchorage.

    RESPECTFULLY SUBMITTED on June 21, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney


    s/ Lawrence D. Card
    LAWRENCE D. CARD
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    E-mail: larry.card@usdoj.gov
    Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006,
a copy of the foregoing was served
electronically on Kevin McCoy.

s/ Lawrence D. Card