DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071 Telephone
(907) 271-1500 Facsimile
E-mail: Larry.Card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00013-RRB |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| AUKUSATINO FOSI, | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

This matter has come before the court on the government's Motion to

Dismiss pursuant to Federal Criminal Rule 48(a). Only the consent of the court is

required in such cases, unless the matter is already in trial and then the defendant has a right to object and have the case heard on the merits. Such is not the case, and therefore the matter shall be and hereby is dismissed, without prejudice pursuant to Federal Criminal Rule 48 (a).

IT IS SO ORDERED this 24 day of June, 2006, at Anchorage, Alaska.

REDACTED SIGNATURE

RALPH R. BEISTLINE
United States District Court Judge