**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                        )<br>      Plaintiff,           )<br>                                        )  Case No. 3:06-cr-00013-RRB<br>v.                                     )<br>                                       )<br>AUKUSATINO FOSI,           )<br>                                       )<br>      Defendant.          )<br>_____) | |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __XX__  The court has granted the motion of the government for dismissal with/without prejudice;
    ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
    ___  (Other reason, or reasons, if any);
of the offense(s) of Assault as charged in count(s) I of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, ~~Alaska, this~~ 27 day of June, 2006.

_[signature]_
RALPH R. BEISTLINE
United States District Judge

[306-cr-13-RRB Judgment of Discharge.wpd]{DISCHARG.WPD*Rev.07/03}